I

Sabado 28 de Junio de 2025

Alexis Negron Cruz
Caso: 11-229 (FAB)

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2025 JUL 3 AM 8:43

Mocion informativa
Correo certificado sin
adjuntar al Docket.

Por este medio me dirijo a este honorable tribunal con el siguiente asunto.

1- El domingo 11 de mayo de 2025 envie un correo certificado a esta honorable Corte.

2- El correo fue recibido el 29 de mayo de 2025 a las 11:43 PM por Edna Carrasquillo.

3- Este correo es referente a una queja contra MDC Guaynabo por la contaminación y Humo toxico que esta perjudicando la Salud de todos los que estamos en el edificio.

4- En este correo inclui prueba fisica de la contaminación adjunto, y politicas de la epa.

5- Fue dirijido directamente al Juez Arias y le pedi a la clerk que lo pusiera en cual quier de los siguientes Docket, 11-229 (FAB) o 19-2126 (PG) ya que ambos jueces tienen conocimiento de el asunto.

Docket 11-229 (FAB) documentos # 167, 168.

Docket 19-212 (PG) (ADC) documentos # 3

II

6- Como pasaron más de 3 semas sin contestación le pedí al Lic. Kevin E Lerman que verificara y me enviara copia de ambos dockets, lo cual no aparecía ingresado la moción.

7- Mañana Domingo se cumplen 30 días y no he recibido contestación alguna, por parte de la corte federal.

8- Yo espero y este correo no se haya extraviado, por arte de "magia" en la corte.

9- Le pido a esta honorable corte que investigue que ha sucedido con este correo y me pueda informar en que estado esta este asunto, de no recibir respuesta no quedará más remedio que escribirle a la corte de apelaciones o suprema, para que investiguen.

10- Y por favor quiero estos documentos públicos en el Docket, no enforma exparte ni sellados, los quiero públicos.

Gracias.
todo lo dicho aquí puede ser tomado como verdad. Alexis Negr

Alexis Negrón Cruz
36586-069
Metropolitan Detention Center
P.O. Box 2005
Cataño P.R. 00963

P.D. Adjunto evidencia de la firma y recibo por Edna Carrasquillo.