IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

    v                    CR. NO. 11CR00229-1 (FAB)

**ALEXIS NEGRON-CRUZ**

**MOTION IN RESPONSE TO COURT ORDER RE: DOCKET ENTRY 593**

**SENIOR U.S. PROBATION OFFICER MARIELA FERNANDEZ-NIEVES informs the Court and request as follows:**

1. On August 20, 2025, Mr. Negron-Cruz filed a letter addressed to the U.S. Probation Office in which he notifies the Court that he will not move to Ponce because he lives in Caguas [Dkt. 592].

2. As part of prerelease planning activities, the Probation Office worked with the person under supervision to identify stable and suitable housing in anticipation of transitioning back to the community. In this case on August 11, 2025, the undersigned probation officer visited Mr. Negron-Cruz at MDC Guaynabo to conduct the prerelease interview considering his expected release date on September 22, 2025.

3. During the prerelease interview, Mr. Negron-Cruz was unable to identify any suitable residence. Likewise, Mr. Negron-Cruz could not identify family members, friends, or other support networks able and willing to provide him with temporary accommodation. Mr. Negron-Cruz stated that when he was living at Carib in Caguas about 2 years ago, the emergency housing personnel assisted him initiating a permanent housing application.

4. Considering the absence of a self-identified housing option, the undersigned probation officer offered Mr. Negron-Cruz placement at Centro Cristo Pobre for transitional housing located in Ponce, PR.  Mr. Negron-Cruz was explained that the program is designed to provide temporary housing and supportive services to assist him in obtaining personal documentation, apply to government aids, and assist in securing permanent housing.

5. Despite the unavailability of other housing resources, Mr. Negron-Cruz immediately refused the transitional housing option offered in Ponce.  Mr. Negron-Cruz explicitly stated to the undersigned that he will not go to any other place outside of Caguas, and that if the Probation Office could not meet his demands he will stay at MDC Guaynabo, the undersigned probation officer will have to initiate a revocation process and that he will be in front of Senior U.S. District Judge Francisco Besosa again to tell him himself.

6.  On August 25, 2025, the undersigned confirmed with Carib personnel that Mr. Negron-Cruz applied for housing services 2 years ago with *Solo Por Hoy, Derecho a Techo* program.  However, the application process was deemed incomplete due to Mr. Negron-Cruz' arrest for the third revocation proceeding.  Lastly, Carib and Centro Cristo Pobre personnel indicated that to apply to the referenced programs the person needs to be physically living in an emergency housing program.

**WHEREFORE**, it is respectfully requested that this Honorable Court takes note of the contents of this motion.

San Juan, Puerto Rico, September 2, 2025.

Respectfully submitted,

        LUIS O. ENCARNACION-CANALES
        CHIEF U.S. PROBATION OFFICER

        ***s/Mariela Fernández-Nieves***
        Mariela Fernández-Nieves,
        U.S. Probation Officer
        United States Probation Office
        Federal Office Building
        150 Chardón Avenue, Rm. 225
        San Juan, P.R. 00918
        Tel. 787-403-3767
        Fax: (787) 766-5945
        mariela_fernandez@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on this day, I electronically filed this motion with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the parties.

San Juan, Puerto Rico, September 2, 2025.

        ***s/Mariela Fernández-Nieves***
        Mariela Fernández-Nieves
        U.S. Probation Officer