IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff,*<br><br>    *v.*<br><br>ALEXIS D. NEGRÓN-CRUZ,<br>    *Defendant.* | Case. No.: 11cr229-FAB |

## MOTION REQUESTING ORDER TO DISCLOSE

This motion respectfully seeks disclosure of the psychosexual assessment and psychiatric evaluation filed by probation on November 2, 2023. ECF No. 426.

## BASIS FOR THE REQUEST

Having been recently released from custody, Mr. Negrón, through counsel, is seeking to obtain these reports for use in relation to a potential motion to modify his conditions of release, which affect his liberty interests. As the Supreme Court has observed, mental health is always important from both a mitigation and factual perspective. *California v. Brown*, 479 U.S. 538, 545 (1987) (O'Connor, J., concurring).

Since the reports are also medical in nature, Mr. Negrón needs them in relation to understanding his own medical and mental health status and his treatment needs. Presently, no party has opposed release of these reports even though a prior motion sought their disclosure. This is important, for under the presumption of public access to public proceedings, it is "the party seeking to keep records sealed" that "bears the burden of justifying that secrecy." *United States v. Bacon*, 950 F.3d 1286, 1293 (10th Cir. 2020) (citation omitted). The decision to seal is "to be exercised in light of the relevant facts and circumstances of the particular case." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978) (emphasis added). Like with a district court's statement of reasons, which a defendant has a right to access, there's "no basis for withholding

the document" requested. *United States v. Morales-Negrón*, 974 F.3d 63, 67 (1st Cir. 2020) (remanding to grant access to restricted document).

While Mr. Negrón had previously appealed from what he thought was a denial of his "motion to access his mental health report," the First Circuit ruled in August that this Court "never decided that motion." *United States v. Negrón-Cruz*, No. 23-1976, 2025 U.S. App. LEXIS 22187, at *32 n.10 (1st Cir. Aug. 28, 2025). As such, this follow-up motion is respectfully submitted.

## CONCLUSION

For these reasons, the Court should issue an order permitting access to the evaluations docketed at ECF No. 426.

**WHEREFORE,** it is respectfully requested that the Court grant this motion.

**RESPECTFULLY SUBMITTED.**     October 9, 2025

**RACHEL BRILL**
Federal Public Defender,
District of Puerto Rico

**S/KEVIN E. LERMAN\***
Research & Writing Attorney
USDC-PR No. G03113
241 F.D. Roosevelt Ave.
San Juan, P.R. 00918-2441
Tel. (787) 281-4922, Fax (787) 281-4899
E-mail: Kevin_Lerman@fd.org

**\*CERTIFICATION:** I ECF-filed this motion, notifying all parties of record.