IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
*Plaintiff,*

*v.*                                                    Case. No.: 11cr229-FAB

**ALEXIS D. NEGRÓN-CRUZ,**
*Defendant.*

**MOTION TO RECONSIDER DENIAL OF MOTION REQUESTING ORDER TO DISCLOSE**

This motion respectfully seeks reconsideration of the Court's denial of disclosure of the psychosexual assessment and psychiatric evaluation filed by probation on November 2, 2023. ECF No. 426.

**BASIS FOR THE REQUEST**

On October 9, 2025, this Court ruled that it "has no jurisdiction while an appeal is pending." ECF No. 602. But an appeal regarding the court's prior order on this matter has been resolved. *United States v. Negrón-Cruz*, No. 23-1976, 2025 U.S. App. LEXIS 22187, at *32 n.10 (1st Cir. Aug. 28, 2025).

While Mr. Negrón has a separate appeal pending, that appeal is unrelated to his present request to access to the assessment and evaluation docketed at ECF No. 426. His notice of appeal currently addresses the judgment, sentence, and order denying a motion to preclude ex parte communication. ECF No. 557.

Under Supreme Court precedent, an appeal only "divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982) (per curiam). Since access to the medical/mental health evaluations aren't aspects of the case involved in the appeal,

this Court retains jurisdiction to grant access for the reasons argued in ECF No. 601 without opposition.

## CONCLUSION

For these reasons, and those raised in ECF No. 601, the Court should issue an order permitting access to the evaluations docketed at ECF No. 426.

**WHEREFORE,** it is respectfully requested that the Court grant this motion.

**RESPECTFULLY SUBMITTED.**     October 15, 2025

> **RACHEL BRILL**
> Federal Public Defender,
> District of Puerto Rico
>
> **s/KEVIN E. LERMAN\***
> Research & Writing Attorney
> USDC-PR No. G03113
> 241 F.D. Roosevelt Ave.
> San Juan, P.R. 00918-2441
> Tel. (787) 281-4922, Fax (787) 281-4899
> E-mail: Kevin_Lerman@fd.org

**\*CERTIFICATION:** I ECF-filed this motion, notifying all parties of record.